11-MC-05002-ORD



IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| F.C. BLOXOM COMPANY, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>EMERALD CITY PRE-PACK, INC., a Washington corporation; FREDERICK A. HAMILTON a/k/a FREDERICK A. GUEVERA, an individual; JAMES D. HAMILTON, an individual; IMELDA R. HAMILTON, an individual; and the marital community of JAMES D. HAMILTON AND IMELDA R. HAMILTON | Civil Case MC 11-5002 JRC<br><br>Case No. 09-5307-BHS<br><br>[Proposed] ORDER FOR EXAMINATION OF JUDGMENT DEBTORS JAMES D. HAMILTON AND IMELDA R. HAMILTON AND THEIR MARITAL COMMUNITY |

THIS MATTER having come before the Court upon the Plaintiff's motion, pursuant to Fed. R. Civ. Pro. 69(a)(2) and RCW 6.32.010, for an order for examination of Judgment Debtors and it appearing that a final judgment was entered against Defendants James D. Hamilton and Imelda R. Hamilton and their marital community on or about July 15, 2009, in the above-entitled matter; that there is a balance due and owing on said judgment in excess of $25.00; and that it is proper to have Defendants James D. Hamilton and Imelda R. Hamilton, individually and on behalf of their marital community, personally appear and answer regarding assets belonging to Judgment Debtors, now, therefore, it is hereby

ORDERED that:

1. Defendants James D. Hamilton and Imelda R. Hamilton for themselves and their marital community, are hereby ordered to personally appear at the following date, time and location to answer questions regarding their assets and financial condition until dismissed by the Court or by Plaintiff's counsel:

Order for Examination of Judgment Debtors - 1

|   |   |   |
|---|---|---|
| DATE: | March 15, 2011 ~~February __, 2011~~ | |
| LOCATION: | United States District Court<br>Western District of Washington<br>Union Station Courthouse<br>1717 Pacific Avenue<br>Tacoma, Washington<br>Courtroom D | |
| TIME: | 9:30 (a.m.)/p.m. | |

2) To bring the following documents:

    a)    Copies of any and all personal income tax returns for the past five (5) years and all income tax returns for any business interest in which the Judgment Debtors held any interest;

    b)    Copies of any and all financial statements delivered to any third party during the last five (5) years. This is to include the personal statements and financial statements of any corporation(s) or partnership(s) in which said Judgment Debtors have stock or an interest of any kind;

    c)    Copies of any and all statements of income, wages, salary, fees, bonuses or commissions earned, including, but not limited to, wage stubs and/or payroll slips and any and all other proofs of such income or other income as said Judgment Debtors may have earned for the last five (5) years;

    d)    Copies of any and all bank books or statements, including savings books and checking accounts for the last twelve (12) months, in Judgment Debtors names or the name of any other member of said Judgment Debtors' families who are holding any moneys on behalf of and for the above-named Judgment Debtors;

    e)    Copies of any and all documents relating to the purchase, sale, rental or leasing of any real property, including, but not limited to mortgages, promissory notes, leases,

Order for Examination of Judgment Debtors - 2

rental agreements, or purchase and sale agreements, for any real property in which the said Judgment Debtors or any entity in which the Judgment Debtors have any interest, for the past five (5) years;

   f) Copies of any and all records in the Judgment Debtors' possession or under their control, not specifically set forth above, which shows ownership of, or an interest in, any real or personal property, which is not exempt by law;

   g) All information or documents specified in the Preliminary Injunction entered by this Court on July 22, 2009; and

   h) Any and all shares of stock and stock certificates owned or registered in the name of the Judgment Debtors, any and all deeds of real property assets owned by or registered in the name of Judgment Debtors and/or any all titles to vehicles including boats, owned by or registered in the name of Judgment Debtors and/or any and all information related to the above real and personal property assets n the possession of or under the control of Judgment Debtors or in which Judgment Debtors hold a legal or equitable interest.

Once applied for, and following service of these proceedings upon you, costs of service, notary fees and an appearance fee will be added to the judgment sum.

[Balance of page left blank intentionally]

YOUR FAILURE TO APPEAR AS SET FORTH AT THE TIME, DATE AND PLACE SPECIFIED HEREIN MAY CAUSE THE COURT TO ISSUE A BENCH WARRANT FOR YOR APPREHENSION AND CONFINEMENT IN JAIL UNTIL SUCH TIME AS THE MATTER CAN BE HEARD, UNLESS BAIL IS FURNISHED AS PROVIDED IN SUCH BENCH WARRANT, AND

PURSUANT TO RCW 6.32.010, THE JUDGMENT CREDITOR NAMED HEREIN WILL BE ENTITLED TO A REASONABLE ATTORNEY FEE IN AN AMOUNT TO BE SET BY THE COURT IN THE EVENT YOU FAIL TO APPEAR.

DONE IN OPEN COURT this 15th day of February, 2011.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
  MAGISTRATE

Order for Examination of Judgment Debtors - 4